Jean FERGUSON, Plaintiff–Appellant,

v.

PROGRESS ENERGY OF FLORIDA, INC., Defendant–Appellee.

No. 06–11678.

United States Court of Appeals, Eleventh Circuit.

Jan. 17, 2007.

Craig L. Berman, Berman Law Firm, P.A., Saint Petersburg, FL, for Plaintiff–Appellant.

Erin G. Jackson, Thomas M. Gonzalez, Thompson, Sizemore & Gonzalez, P.A., Tampa, FL, for Defendant–Appellee.

Before ANDERSON, MARCUS and HILL, Circuit Judges.

PER CURIAM:

After oral argument, we conclude that the judgment of the district court is due to be affirmed. Appellant abandoned the substantive disability claim at oral argument. For the reasons fully discussed at oral argument, we affirm the judgment of the district court on appellant's retaliation claim.

AFFIRMED.